ROP/GAM: Mar. 2017

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MICHAEL P. GODDARD** | ) |

## INFORMATION

The United States Attorney charges:

### Count One
### False Statement
### Title 18, United States Code, Section 1001

On or about August 31, 2016, within Jefferson County in the Northern District of Alabama, and elsewhere, defendant

**MICHAEL P. GODDARD,**

in a matter within the jurisdiction of the executive branch of the United States Government and the United States Department of Justice, knowingly and willfully made and caused to be made a materially false, fictitious, and fraudulent statement and representation; that is, the defendant stated to agents of the Federal Bureau of Investigation that payments he received that were funded by a Jefferson County contractor were unrelated to the contract, whereas, as the defendant then well knew

1

and believed, the payments he received were directly related to the contract.

All in violation of Title 18, United States Code, Sections 1001.

                                                    ROBERT O. POSEY
                                                    Acting United States Attorney

                                                    */s/ George Martin*
                                                    GEORGE A. MARTIN, JR.
                                                    Assistant United States Attorney