### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO.  2:17-CR-64-RDP-JHE** |
| ) | |
| **Michael P. Goddard** ) | |

# NOTICE OF ARRAIGNMENT

**TAKE NOTICE** that **ARRAIGNMENT** has been set at HUGO L. BLACK U.S. COURTHOUSE, 1729 5th Avenue North, Birmingham, Alabama, on **Thursday, March 9, 2017 at 9:30 a.m. before U. S. Magistrate Judge John H. England, III,** for you to appear and answer any charges against you as described in the enclosed Information.

SHARON N. HARRIS, Clerk

By:  _____s/s_____
H. Bagby, Deputy Clerk

Date:     February 21, 2017

Anthony A. Joseph, Esq.