IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.  2:17-CR-64-RDP-JHE** |
| | ) | |
| **Michael P. Goddard** | ) | |

## NOTICE OF SUPPLEMENTAL ARRAIGNMENT

**TAKE NOTICE** that **ARRAIGNMENT** has been set at HUGO L. BLACK U.S. COURTHOUSE, 1729 5th Avenue North, Birmingham, Alabama, on **Thursday, March 16, 2017 at 9:30 a.m. before U. S. Magistrate Judge John H. England, III,** for you to appear and answer any charges against you as described in the enclosed Information.

SHARON N. HARRIS, Clerk

By:  _____s/s_____
H. Bagby, Deputy Clerk

Date:        February 22, 2017

Anthony A. Joseph, Esq.